■ ` THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED STRUNK, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 20, 1969, convicting him of attempted possession of dangerous weapons, upon his plea of guilty, and imposing sentence. Judgment affirmed. There was no unkept promise on the sentence. Rabin, P. J., Munder, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLIVER CAMPHER, Appellant, v. J. LELAND CASSCLES, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, dated July 17, 1970, which dismissed the writ. Appeal dismissed, without costs (*People ex' rel. Wilder* v. *Markley*, 26 N Y 2d 648). Rabin, P. J., Hopkins, Martuscello, Shapiro and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES FINNEY, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals .from a judgment of the Supreme Court, Dutchess County, dated August 18, 1970, which dismissed the writ. On the court's own motion the notice of appeal is amended so as to state that the appeal is to this court. Judgment affirmed, without costs, on the ground that no reason of practicality or necessity was asserted to justify review of the matters raised in this proceeding while relator's appeal from the subject judgment of conviction was pending (*People ex rel. Keitt* v. *McMann*, 18 N Y 2d 257, 262; *People ex rel. Bray* v. *Deegan*, 32 A D 2d 940; *People ex rel. Singleton* v. *Deegan*, 31 A D 2d 769; *People ex rel. Blyden* v. *Denno*, 28 A D 2d 683; *People ex rel. Colon* v. *Deegan*, 34 A D 2d 799). Rabin, P. J., Hopkins, Martuscello, Shapiro and Christ, JJ., concur.